IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAH COLOR TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 2:15-cv-05203-JCJ |
| RICOH USA INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 6th day of July, 2016, upon consideration of Plaintiff's Motion to Dismiss Counterclaims Nos. 1-14 in Defendant's Answer to Plaintiff's First Amended Complaint (Doc. No. 42), Defendant's Response in Opposition thereto (Doc. No. 48), Plaintiff's Reply to Defendant's Response in Opposition (Doc. No. 49), and Defendant's Sur-Reply thereto (Doc. No. 50), it is hereby ORDERED that the Motion is GRANTED without prejudice and that Defendant is GRANTED leave to amend its counterclaims.

BY THE COURT:

s/ J. Curtis Joyner

J. Curtis Joyner, J.